DAYLE ELIESON
United States Attorney
District of Nevada

SHARON LAHEY, CSBN 263027
Assistant Regional Counsel
U.S. Social Security Administration
California State Bar No. 263027
160 Spear Street, Suite 800
San Francisco, California 94105
Phone: (415) 977-8963
Facsimile: (415) 744-0134
Sharon.Lahey@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAS VEGAS DIVISION

| | |
|---|---|
| SONIA M. GONZALEZ, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security, <br><br> Defendant. | Case No. 2:17-cv-03118-APG-PAL <br><br> **DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME** |

NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security (Defendant or the Commissioner), hereby moves this Honorable Court to grant her unopposed motion for a 30-day extension of time to file her response the complaint filed in the above-captioned matter and serve a certified copy of the transcript of the administrative record. The current deadline is March 27, 2018, and the new deadline would be April 26, 2018. This is the first extension of time requested in the above-captioned matter. Defendant requests this additional time because despite its best efforts, the agency will be unable to

finalize the certified copy of the administrative record and coordinate filing with the United States Attorney's Office by the current deadline. Plaintiff's counsel has stated that Plaintiff does not oppose the Commissioner's request for additional time. The Commissioner further respectfully requests that the scheduling order in the above-captioned matter be modified accordingly.

Respectfully submitted,

Dated: March 23, 2018

DAYLE ELIESON
United States Attorney

By: ___/s/ Sharon Lahey___
SHARON LAHEY
Assistant Regional Counsel

## **ORDER**

**IT IS ORDERED**:

1. Defendant's Unopposed Motion to Extend Time (ECF No. 8) is **GRANTED**.

2. Defendant shall respond to the complaint filed in the above-captioned matter on or before **April 26, 2018**.

3. No scheduling order has been entered in this matter. The court's standard practice in all cases reviewing a decision of the Commissioner of Social Security is to enter a scheduling order once the Commissioner files an answer. The scheduling order sets the deadline for the Commissioner to file a certified copy of the administrative record with the court under seal. The court will follow its standard practice in this matter.

Dated: March 26, 2018

_____
HON. PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE