# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SONIA M. GONZALEZ, | Case No.: 2:17-cv-03118-APG-NJK |
| Plaintiff | **Order Accepting Report and Recommendation, Denying Motion to Remand, and Granting Motion to Affirm** |
| v. | |
| ANDREW SAUL, | [ECF Nos. 19, 21, 27] |
| Defendant | |

On November 15, 2019, Magistrate Judge Koppe recommended that I deny plaintiff Sonia Gonzalez's motion to remand and grant defendant Andrew Saul's motion to affirm. ECF No. 27. Gonzalez did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation **(ECF No. 27) is accepted**, plaintiff Sonia Gonzalez's motion to remand **(ECF No. 19) is DENIED**, and defendant Andrew Saul's motion to affirm **(ECF No. 21) is GRANTED**. The clerk of court is instructed to enter judgment accordingly and close this case.

DATED this 4th day of December, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE